UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,          Case No. 17-20483

v.                                  Judith E. Levy
                                   United States District Judge

Albaaith Shabazz Muhammad-El,
                                   Mag. Judge Mona K. Majzoub

          Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE [90]

This case is before the Court on Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 90.) Defendant's motion did not indicate whether he had applied for compassionate release from the Bureau of Prisons, and if so, whether 30 days had elapsed since the request or whether he had been denied and then fully exhausted his administrative appeals. The Court may not consider compassionate release motions unless Defendant meets one of these two statutory conditions. *United States v. Alam*, No. 20-1298, 2020 WL 2845694, at *5 (6th Cir. June 2, 2020).

Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE. Defendant may renew his motion after he either exhausts his administrative remedies through the Bureau, or after he applies for release and 30 days elapse without a Bureau response.

IT IS SO ORDERED.

Dated: August 4, 2020           s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 4, 2020.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager